**Slip Op. 08-100**

**United States Court of International Trade**

| |
|---|
| FAUS GROUP, INC.,<br><br>               Plaintiff,<br><br>       v.<br><br>UNITED STATES,<br><br>               Defendant. |

BEFORE: Pogue, Judge
Court No. 03-00313

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's opinion and order in this matter, it is hereby

**ORDERED** that this case is dismissed with prejudice. Final judgment is entered for the Government as to all of Plaintiff's claims. On this date, final judgment is also entered in case No. 98-00360. Plaintiff has reserved the right to appeal as to its claim that the subject merchandise is properly classifiable under HTSUS Heading 4418 (as "builders' joinery"), and also under Subheading 4418.30.00 or, in the alternative, under Subheading 4418.90.40 (currently 4418.90.45).

                                /s/ Donald C. Pogue
                             Donald C. Pogue, Judge

Dated:    September 18, 2008
           New York, New York